UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD, | No.  2:13-cv-02324 AC P |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL CHAVEZ, et al., | |
| Defendants. | |

Mr. Mehmood is a federal pretrial detainee proceeding pro se.  He has filed a civil complaint in which he seeks return of his 2003 Dodge Caravan and its contents that were seized from him by a United States Postal Inspection Service (USPIS) officer on March 9, 2013 when he was arrested on a warrant for violating the terms of his federal pretrial release.

A review of court records reveals Mr. Mehmood is a defendant in 2:12-cr-0154 JAM.  It also appears that, by way of criminal indictment filed in 2:12-cr-0154 JAM, the United States is seeking forfeiture of "any property constituting or derived from proceeds obtained directly or indirectly as a result of the said [criminal] violations."  See ECF No. 107 at 10 in 2:12-cr-0154 JAM.  That being the case, any issue Mr. Mehmood might have with the forfeiture of the property at issue must be raised in his criminal case.  Furthermore, the civil action commenced in this court by Mr. Mehmood is not the appropriate method for challenging asset forfeiture under United States law.  See 18 U.S.C. § 983; 39 C.F.R. § 233.9.

1

1   For these reasons, IT IS HEREBY ORDERED that the Clerk of the Court close this case.

2   DATED: November 20, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE